## Commonwealth ex rel. Davis, Appellant, v. Myers.

Submitted November 9, 1965. Before BELL, C. J., MUSMANNO, JONES, EAGEN, O'BRIEN and ROBERTS, JJ.

*Robert R. Davis*, appellant, in propria persona.

*Gordon Gelfond* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

OPINION PER CURIAM, March 22, 1966: Order affirmed.